FILED IN CLERK'S OFFICE
U.S.D.C. Rome

DEC 21 2022

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk
7022 2410 0000 5651 1978

Notice to Owner of
Warranty Deed, Security Deed, Mortgage or Lien

State of Georgia
County of Paulding

12/19/2022

Paulding-Feb-L/9-7022 2410 0000 5651 1978
United States District Court - Northern District of Georgia
600 East First St.
Rome, Ga 30161

Notice is hereby given as the owner of a certain **Security Deed, Mortgage, Judgment, Lien, Fi.Fa.** was issued and recorded in the office of the Clerk of Superior Court, Paulding County, Georgia, in Deed Book **156/185; 142/128**, that a Fi.Fa. was recorded by the Tax Commissioner of Paulding County against the below named Defendant(s) in Fi.Fa. for taxes due the State of Georgia and Paulding County. Said execution has been levied by the undersigned upon the following property situated in said state and county, to wit, which may be subject to your lien.

**Map/Parcel Number: R004211**
**Defendant(s) in Fifa:** Ted Construction Co Inc; R004211
**Current Property Owner:** Same as defendant(s) in Fifa
**Property Description:** All and only that parcel of land designated as Tax Parcel R004211, lying and being in Land Lot 1201 of the 3rd Land District, 3rd Section, Paulding County, Georgia, being Lot 14, Brookwood Subdivision, shown in Plat Book 7, Page 79, described in Deed Book 2135, Page 1, the description contained therein being incorporated herein by this reference.
**Reference Deed: 2135/1**
**Tax Years Due: 2015-2021**
**Amount Due: $2,181.64** _You must contact the tax office to verify the current amount due and payment good thru date before sending payment_

This property will be advertised for sale during the month of **January** and the sale of the property is scheduled to take place in front of the Courthouse at 240 Constitution Blvd, in Dallas, Paulding County, Georgia on the first **Tuesday in February 2023**, the same being **Tuesday, February 7, 2023**, following advertisement.

This will be the last notice given prior to advertisement. Please contact the Paulding County Tax Commissioner's office at **(770) 443-7581** for further information.

Kayla Amos, Paulding County Tax Commissioner
240 Constitution Blvd-Room 3006
Dallas, GA 30132

*Kayla Amos*

_____
As Ex-Officio Sheriff of Paulding County