FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

JAN 31 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**Final Notice**

State of Georgia
County of Paulding

1/27/2023

Paulding-Feb10-L/9
**United States District Court - Northern District of Georgia**
**600 East First St**
**Rome, GA 30161**

To Whom It May Concern:

Pursuant to the statutory notice requirement of the Official Code of Georgia Annotated §48-4-1, this is final notice that the following described property, or as much thereof as will satisfy the State, County, and/or City tax execution, will be sold at public outcry in front of the Courthouse at 240 Constitution Blvd, in Dallas, Paulding County, Georgia. The following property will be sold between the hours of sale, 10:00 AM and 4:00 PM on the first Tuesday in **February**; the same being **Tuesday, February 7, 2023**.

Each of the respective parcels of property is located in Paulding County, State of Georgia:

**Map/Parcel Number: R004211**
**Defendant(s) in Fifa:** Ted Construction Co Inc; R004211
**Current Property Owner:** Same as defendant(s) in Fifa
**Property Description:** All and only that parcel of land designated as Tax Parcel R004211, lying and being in Land Lot 1201 of the 3rd Land District, 3rd Section, Paulding County, Georgia, being Lot 14, Brookwood Subdivision, shown in Plat Book 7, Page 79, described in Deed Book 2135, Page 1, the description contained therein being incorporated herein by this reference.
**Reference Deed: 2135/1**
**Tax Years Due: 2015-2021**

**Security Deed/Lien recorded at: 156/185; 142/128**

Please contact the tax office at **(770) 443-7581** for further information.

Kayla Amos, Paulding County Tax Commissioner
240 Constitution Blvd-Room 3006
Dallas, GA 30132

*Kayla Amos*

As Ex-Officio Sheriff of Paulding County